PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 109682

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:11-20675-CR-ALTONAGA-9

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Sheena Eizmendiz

Name of Sentencing Judicial Officer: The Honorable Cecilia M. Altonaga, United States District Judge, Miami, Florida

Date of Original Sentence: May 10, 2012

Original Offense: Count One: Conspiracy to commit bank fraud, 18 U.S.C. § 1349, a Class B felony

Original Sentence: 14 months custody of the Bureau of Prisons, three years supervised release, and $100.00 special assessment. Special conditions: The defendant shall 1) participate in the Location Monitoring Program for a period of seven months; 2) perform 200 hours of community service; 3) provide complete access to financial information; 4) not apply for, solicit or incur any further debt; 5) not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision; and 6) obtain prior written approval from the Court before entering into any self-employment.

July 30, 2012: The Court ordered a $320,522.98 joint and several restitution. All other terms and conditions of the original judgment shall remain in full force and effect.

Type of Supervision: Supervised Release        Date Supervision Commenced: July 16, 2013

## PETITIONING THE COURT

[ ] To extend the term of supervision for __ years, for a total term of __ years.  
[X] To modify the conditions of supervision as follows:

**The defendant shall pay a restitution of $120.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of the restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 109682

## CAUSE

The defendant was ordered to pay joint and several restitution in the amount of $320,522.98. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. The defendant resides with her teenage daughter. Based on this information, it was determine the defendant will be able to pay $120.00 per month towards the restitution. To date, she has paid the special assessment and $783.51 towards restitution, with a remaining balance of $230,252.84.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing the restitution payment at $120.00 per month effective immediately and continuing each month thereafter.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $120.00 per month.

Respectfully submitted,

by  *Maria Pizzi* 2014.10.03 08:15:04 -04'00'

Maria Pizzi  
U.S. Probation Officer  
Office: (305) 512-1832  
Cellular: (786) 371-3301  
Date: October 3, 2014

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above  
[ ] Other: _____

_____  
Signature of Judicial Officer

10/6/2014  
Date

cc: Maureen Donlan, Deputy Chief Civil Division (USAFLS)  
Rolando Leon, Paralegal Specialist